UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **SUSAN GODIN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 3:03cv0827  AS |
| | ) | 3:04cv0316 AS |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | |
| **Defendant** | ) | |

*MEMORANDUM AND ORDER*

This Court takes full judicial notice of the record in this case and now focuses on the Order and Report and Recommendation filed by the United States Magistrate Judge, Christopher A. Nuechterlein on July 20, 2004. As of this date, there have been no objections filed and the time has now expired for the filing of the same. The magistrate judge has laid out the status of this case carefully and has ensured that there has been compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).

This Court is well aware of the mandates in *Haines v. Kerner*, 404 U.S. 519 (1972). *But see* the follow-up decision in *McNeil v. United States*, 508 U.S. 106 (1993). Using the last three numbers for identification, the motion to dismiss in 316 is **GRANTED** as recommended by the magistrate judge. In 827, the magistrate judge's recommendation that the motion to dismiss be **GRANTED** in part and **DENIED** in part is also **ADOPTED** here, with the motion being **GRANTED** as to claims of sexual harassment, retaliation and negligent retention. Further, the claims with regard to plaintiff's ADEA, gender

discrimination, "tangible employment act" and intentional infliction of emotional distress are **GRANTED**, but defendant's motion with regard to plaintiff's sexual harassment, retaliation, and negligent retention claims is **DENIED**.  It is further **ORDERED** that the defendant's motion to strike is **GRANTED**.

This Court will be very interested in the practical results of the August 3, 2004 in court status conference, and wishes to be advised on those as soon as possible.  This Court will of necessity be required and will set this case for trial in the not too distant future.  **IT IS SO ORDERED**.

**DATED:**  August 13, 2004

                                                    s/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein