# United States District Court

## Northern District of Indiana

SUSAN GODIN
        Plaintiff

JUDGMENT IN A CIVIL CASE

v.

Case No. 3:04-CV-316 AS

WHIRLPOOL CORPORATION
        Defendant

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED pursuant to

Magistrate Judge Christopher A. Nuechterlein's Report and Recommendation.

        Stephen R. Ludwig, Clerk

        By____s/ Shirley Paulson_____
        Deputy Clerk

**Equivalent Coupon Issue Yield**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **August 13, 2004**.